| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | ***REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK*** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court United States District Court for the Western District of Washington on the following: _X_ ***Patents*** or ___ Trademarks:

| ***DOCKET NO.***<br>3:10–cv–05087–KLS | ***DATE FILED***<br>2/8/10 | ***US District Court*** United States District Court for the Western District of Washington |
|---|---|---|
| **PLAINTIFF**<br><br>PROFILE PRODUCTS LLC | | **DEFENDANT**<br><br>RAINIER VENEER, INC. |
| ***PATENT OR TRADEMARK NO.*** | ***PATENT OR TRADEMARK NO.*** | ***PATENT OR TRADEMARK NO.*** |
| 1. See attached page for patent numbers | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above−entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>__ Amendment __ Answer __ Cross Bill __ Other Pleading | |
|---|---|---|
| ***PATENT OR TRADEMARK NO.*** | ***PATENT OR TRADEMARK NO.*** | ***PATENT OR TRADEMARK NO.*** |
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br><br>Bruce Rifkin | (BY) DEPUTY CLERK<br><br>Melody Byrd | DATE<br><br>2/9/10 |
|---|---|---|