Honorable Roland B. Leighton

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| PROFILE PRODUCTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RAINIER VENEER, INC., an Oregon corporation,<br><br>Defendants. | Case No.: 3:10-CV-05087-RBL<br><br>**PLAINTIFF'S AMENDED NOTICE OF DISMISSAL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff PROFILE PRODUCTS LLC hereby voluntarily dismisses this action without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) on the grounds that none of the opposing parties have served either an answer or a motion for summary judgment.

Plaintiff's previous notice of dismissal (Dkt. No. 28) inadvertently omitted the term "without prejudice" in its request for dismissal. Plaintiff intends for its dismissal of this action to be without prejudice and therefore submits this Amended Notice of Dismissal.

//

//

//

1  DATED this 12th day of May, 2010.

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

By:  s/ Derek Linke
John Du Wors, WSBA No. 33987
Derek A. Newman, WSBA No. 26967
Derek Linke, WSBA No. 38314

**BROOKS KUSHMAN P.C.**

Thomas A. Lewry (*pro hac vice*)
Brian S. Tobin (*pro hac vice*)

Attorneys for Plaintiff
PROFILE PRODUCTS LLC