Honorable Roland B. Leighton

10-CV-05087-ORD

FILED LODGED RECEIVED

MAY 13 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PROFILE PRODUCTS LLC, a Delaware limited liability company,

Plaintiff,

v.

RAINIER VENEER, INC., an Oregon corporation,

Defendants.

Case No.: 3:10-CV-05087-RBL

**PLAINTIFF'S AMENDED NOTICE OF DISMISSAL**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff PROFILE PRODUCTS LLC hereby voluntarily dismisses this action without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) on the grounds that none of the opposing parties have served either an answer or a motion for summary judgment.

Plaintiff's previous notice of dismissal (Dkt. No. 28) inadvertently omitted the term "without prejudice" in its request for dismissal. Plaintiff intends for its dismissal of this action to be without prejudice and therefore submits this Amended Notice of Dismissal.

//

//

//



NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

DATED this 12th day of May, 2010.

**NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP**

By: s/ Derek Linke
John Du Wors, WSBA No. 33987
Derek A. Newman, WSBA No. 26967
Derek Linke, WSBA No. 38314

**BROOKS KUSHMAN P.C.**

Thomas A. Lewry (*pro hac vice*)
Brian S. Tobin (*pro hac vice*)

Attorneys for Plaintiff
PROFILE PRODUCTS LLC

IT IS SO ORDERED THIS 13th DAY OF May, 2010

[signature]
UNITED STATES DISTRICT COURT JUDGE



NEWMAN & NEWMAN, ATTORNEYS AT LAW, LLP
505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104